AO-10 (w)
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, David M. | U.S. District Court, E.D. Mich | August 5, 19' |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | X Nomination, Date August 5, 1999<br><br>Initial___ Annual___ Final___ | January 1, 1998 to August 5, 1999 |

**7. Chambers or Office Address**

255 South Old Woodward Avenue

Third Floor

Birmingham, MI 48009

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

☐ **NONE** (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Director | Oakland County Bar Association |
| 2 | Director | Brother Rice High School |
| 3 | Trustee | James P. Lawson Irrevocable Trust |

## II. AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

☐ **NONE** (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 1999 | Clark Hill P.L.C. Basic Pension Plan |
| 2 | 1999 | Clark Hill P.L.C. Salary Deferral Plan (401(k)) |
| 3 | 1999 | Hill Lewis, P.C. Salary Deferral Plan (401(k)) |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ **NONE** (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1997 | Clark Hill P.L.C. -- law partnership distribution | $ 134,498.00 |
| 2 | 1998 | Clark Hill P.L.C. -- law partnership distribution | $ 192,255.00 |
| 3 | 1999 | Clark Hill P.L.C. -- partnership draws | $ 75,000.00 |
| 4 | 1997 | United Way Community Services (S) -- wages | |

| | | |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting<br>Lawson, David M. | Date of Report<br>August 5, 199? |

## V. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | New England Securities | Margin account balance | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J–$15,000 or less  K–$15,001-$50,000  L–$50,001 to $100,000  M–$100,001-$250,000  N–$250,001-$500,000

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | August 5, 1999 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets. Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Detroit Edison Co. common stock | B | Dividend | J | T | | | | | |
| 2 Boston Capital Fund Series 33 | A | Interest | J | T | | | | | |
| 3 Walt Disney Company common stock | A | Dividend | J | T | | | | | |
| 4 New England Growth Fund Class A | E | Dividend | L | T | | | | | |
| 5 New England Value Fund Class A | C | Dividend | K | T | | | | | |
| 6 New England Growth Opportunities Fund | D | Dividend | K | T | | | | | |
| 7 Certificates of Accrual Treasury Series X | A | None | J | T | | | | | |
| 8 CNL Income Fund XIV Ltd. | A | Dividend | J | T | | | | | |
| 9 Wells Real Estate Investment Fund VI | A | Dividend | J | T | | | | | |
| 10 AIM Constellation Fund | A | Dividend | K | T | | | | | |
| 11 Bond Fund of America | B | Dividend | K | T | | | | | |
| 12 Evergreen Aggressive Growth Fund | C | Dividend | K | T | | | | | |
| 13 Associates First Capital Corp Cl-A | A | Dividend | J | T | | | | | |
| 14 New England Star Worldwide Fund | A | None | K | T | | | | | |
| 15 Washington Mutual Investors Fund | B | Dividend | K | T | | | | | |
| 16 AT&T common stock | A | Dividend | J | T | | | | | |
| 17 Ford Motor Company common stock | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Lawson, David M. | August 5, 1999 |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Lucent Technologies common stock | A | Dividend | J | T | | | | | |
| 19 MCN Energy Corp. common stock | A | Dividend | J | T | | | | | |
| 20 New Economy Fund | A | Dividend | J | T | | | | | |
| 21 New Perspective Fund | A | Dividend | J | T | | | | | |
| 22 T. Rowe Price International Stock Fund | A | Dividend | K | T | | | | | |
| 23 Fidelity VIP Overseas Fund | A | None | J | T | | | | | |
| 24 Oppenheimer VA Global Securities | A | None | J | T | | | | | |
| 25 ISI Total Return Treasury Fund (DC) | B | Dividend | J | T | | | | | |
| 26 Invesco Industrial Income Fund (Custodian) | B | Dividend | L | T | | | | | |
| 27 Invesco Industrial Income Fund | A | Dividend | J | T | | | | | |
| 28 Kemper Money Market Fund | A | Interest | J | T | | | | | |
| 29 NCR Corp common stock | A | Distribution | J | T | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- | --- |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

**INANCIAL DISCLOSURE REPORT**

**ECTION HEADING.** (Indicate part of report.)

formation continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| ne | Position | Name of Organization/Entity |
| --- | --- | --- |
| 4 | Custodian | Daniel Lawson INVESCO Account |
| 5 | Custodian | Ryan Lawson INVESCO account |
| 6 | Custodian | Kyle Lawson INVESCO Account |
| 7 | Custodian | Kathryn Dixon INVESCO Account |
| 8 | Custodian | Matthew Dixon INVESCO Account |
| 9 | Custodian | Jamie Lawson INVESCO Account |
| 10 | Custodian | Jacob Lawson INVESCO Account |
| 11 | Custodian | Aaron Lawson INVESCO Account |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| ine | Date | Source and Type | Gross Income |
| --- | --- | --- | --- |
| 5 | 1998 | United Way Community Services (S) Wages | $ 0.00 |
| 6 | 1998 | Kalamazoo College (DC) -- wages | $ 0.00 |
| 7 | 1998 | National Conference on Community and Justice (DC) -- wages | $ 0.00 |
| 8 | 1998 | Michigan Technological University (DC) -- wages | $ 0.00 |
| 9 | 1998 | United States Coast Guard (DC) -- wages | $ 0.00 |
| 10 | 1997 | Kalamazoo College (DC) wages | $ 0.00 |
| 11 | 1997 | Michigan Technological University (DC) -- wages | $ 0.00 |
| 12 | 1999 | United Way Community Services (S) -- wages | $ 0.00 |

## . CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on udicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any djudicatory function in any litigation during the period covered by this report in which I, my spouse, or my inor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or iependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which iave been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _David M. Lawson_     Date _August 5, 1999_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# NET WORTH

Provide a complete, current financial net forth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 16,500 | Notes payable to banks-secured | -0- |
| U.S. Government securities-add schedule *Schedule A* | 20,480 | Notes payable to banks-unsecured | 55,668 |
| Listed securities-add schedule *Schedule B* | 467,847 | Notes payable to relatives | 130,000 |
| Unlisted securities-add schedule | -0- | Notes payable to others | -0- |
| Accounts and notes receivable: | -0- | Accounts and bills due | -0- |
| Due from relatives and friends | -0- | Unpaid income tax | -0- |
| Due from others | -0- | Other unpaid tax and interest | -0- |
| Doubtful | -0- | Real estate mortgages payable-add schedule *Schedule D* | 240,192 |
| Real estate owned-add schedule *Schedule C* | 550,000 | Chattel mortgages and other liens payable | 11,682 |
| Real estate mortgages receivable | -0- | Other debts-itemize: | |
| Autos and other personal property | 72,000 | | |
| Cash value-life insurance | -0- | | |
| Other assets -itemize: | | | |
| Clark Hill capital account | 43,100 | | |
| | | | |
| | | Total liabilities | 365,542 |
| | | Net Worth | $804,385 |
| Total Assets | $1,169,927 | Total liabilities and net worth | $1,169,927 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | -0- | Are any assets pledged? (Add schedule.) | No |
| On leases or contracts | -0- | Are you defendant in any suits or legal actions? | No |
| Legal Claims | | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | 45,000 | | |
| Other special debt | | | |